DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NWC CREDIT SERVICE, LLC,**
Appellant,

v.

**SHIPWORKS MARKETING, LTD., JOHN M. ROTH,
IRENE JUNG,** and **IRENE ROTH,**
Appellees.

No. 4D16-3094

[October 5, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE-11-09663 (12) and CACE-16-002881 (12).

Craig S. Barnett of Greenberg Traurig, P.A., Fort Lauderdale, for appellant.

Paul A. Avron of Berger Singerman LLP, Boca Raton, and Harry J. Ross of Law Office of Harry J. Ross, Boca Raton, for appellee Irene Jung.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***